**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, STONE & WASHBURNE
Michael R. DuPont, Esquire (MRD/2077)
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
732.741.6681
Counsel for Credit Union of New Jersey

| | |
|---|---|
| In Re:<br><br>Barbara Weems | Case No. 20-10559<br><br>Chapter: 13<br><br>Judge: JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Credit Union of New Jersey.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> McKENNA, DuPONT, STONE & WASHBURNE
> Attention: Michael R. DuPont, Esquire
> PO Box 610
> 229 Broad Street
> Red Bank, NJ 07701-0610
> Email: dupont@redbanklaw.com

DOCUMENTS:

> ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

> ☐  All documents and pleadings of any nature.

> McKENNA, DuPONT, STONE & WASHBURN, PC
> Counsel to Credit Union of New Jersey
>
> */s/ Michael R. DuPont, Esquire*
> MICHAEL R. DuPONT, Esq.

Dated: October 12, 2022

*new.8/1/15*