Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10559 (JNP)

Barbara A. Weems  
56 Tomasello Drive  
Millville, NJ  08332

Monthly Payment: $261.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $261.00 | 02/03/2022 | $261.00 | 03/03/2022 | $261.00 | 04/04/2022 | $261.00 |
| 05/02/2022 | $261.00 | 06/03/2022 | $261.00 | 07/05/2022 | $261.00 | 08/03/2022 | $261.00 |
| 09/06/2022 | $261.00 | 10/05/2022 | $261.00 | 11/02/2022 | $261.00 | 12/05/2022 | $261.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BARBARA A. WEEMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,310.00 | $0.00 | $1,906.72 |
| 1 | CITIBANK, N.A. | 33 | $681.51 | $0.00 | $681.51 | $0.00 |
| 2 | CAPITAL ONE BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CREDIT UNION OF NEW JERSEY | 33 | $1,873.91 | $0.00 | $1,873.91 | $0.00 |
| 5 | DISCOVER BANK | 33 | $1,153.60 | $0.00 | $1,153.60 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $1,286.72 | $0.00 | $1,286.72 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $992.77 | $0.00 | $992.77 | $0.00 |
| 8 | KEYBANK, N.A. | 24 | $594.85 | $293.81 | $301.04 | $73.81 |
| 9 | CAPITAL ONE, N.A. | 33 | $3,295.27 | $0.00 | $3,295.27 | $0.00 |
| 10 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,175.42 | $0.00 | $1,175.42 | $0.00 |
| 11 | MIDLAND FUNDING, LLC | 33 | $3,165.57 | $0.00 | $3,165.57 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $7,160.46 | $3,536.33 | $3,624.13 | $888.43 |
| 13 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $5,308.81 | $0.00 | $5,308.81 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,480.58 | $0.00 | $7,480.58 | $0.00 |
| 15 | RECEIVABLES OUTSOURCING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $630.02 | $0.00 | $630.02 | $0.00 |
| 17 | MIDLAND FUNDING, LLC | 33 | $806.99 | $0.00 | $806.99 | $0.00 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, | 33 | $478.18 | $0.00 | $478.18 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | US DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | VERIZON BY AMERICAN INFOSOURCE | 33 | $75.26 | $0.00 | $75.26 | $0.00 |
| 22 | WEBBANK/FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $1,679.75 | $0.00 | $1,679.75 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $2,881.39 | $0.00 | $2,881.39 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JPMORGAN CHASE BANK, N.A. | 33 | $497.67 | $0.00 | $497.67 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 33 | $29.44 | $0.00 | $29.44 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $891.47 | $0.00 | $891.47 | $0.00 |
| 30 | MIDLAND FUNDING, LLC | 33 | $822.48 | $0.00 | $822.48 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $423.29 | $0.00 | $423.29 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 60.00 | $261.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,132.00 |
| Total paid to creditors this period: | $2,868.96 |
| Undistributed Funds on Hand: | $238.55 |
| Arrearages: | $0.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**