Certificate Number: 14912-NJ-DE-039260809

Bankruptcy Case Number: 20-10559



14912-NJ-DE-039260809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2025, at 11:12 o'clock AM EST, Barbara A Weems completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  January 21, 2025                By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor