**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Barbara A Weems** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6403 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–10559–JNP | | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Barbara A Weems
    aka Barbara A Holmes

<u>3/28/25</u>                                                                **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10559-JNP |
| Barbara A Weems | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Weems, 56 Tomasello Drive, Millville, NJ 08332-9423 |
| 518730396 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518659506 | | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518730293 | + | MidFirst Bank, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | Mar 28 2025 20:49:00 | Credit Union of NJ, 1301 Parkway Avenue, PO Box 7921, Ewing, NJ 08628 |
| 518659498 | | EDI: CITICORP | Mar 29 2025 00:23:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518765173 | + | EDI: PRA.COM | Mar 29 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518659501 | | Email/Text: bankruptcy@cunj.org | Mar 28 2025 20:49:00 | Credit Union of New Jersey, 1035 Parkway Ave, Trenton, NJ 08618-2309 |
| 518659499 | | EDI: CAPITALONE.COM | Mar 29 2025 00:23:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518705849 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 20:56:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518767390 | | EDI: CITICORP | Mar 29 2025 00:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518659500 | | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 518659502 | | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 518659507 | | EDI: CITICORP | Mar 29 2025 00:23:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 518747739 | | EDI: Q3G.COM | Mar 29 2025 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518671413 | | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 20-10559-JNP   Doc 35   Filed 03/30/25   Entered 03/31/25 00:17:06   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 518659503 | | EDI: IRS.COM | Mar 29 2025 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518760420 | | EDI: JEFFERSONCAP.COM | Mar 29 2025 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518659504 | | EDI: JPMORGANCHASE | Mar 29 2025 00:23:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 518697030 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 28 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518659505 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 28 2025 20:49:00 | Key Bank, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 518672313 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:45:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518777920 | + | EDI: AISMIDFIRST | Mar 29 2025 00:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518743266 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518659508 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 20:49:00 | Midland Credt management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 518659509 | ^ | MEBN | Mar 28 2025 20:36:20 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518675949 | + | EDI: AGFINANCE.COM | Mar 29 2025 00:23:00 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 518659510 | | EDI: AGFINANCE.COM | Mar 29 2025 00:23:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 518659511 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 518705967 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o DSW, POB 41067, Norfolk, VA 23541 |
| 518707509 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o Evine Live, POB 41067, Norfolk VA 23541 |
| 518659512 | ^ | MEBN | Mar 28 2025 20:35:12 | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 518659513 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:46:42 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518659514 | | EDI: SYNC | Mar 29 2025 00:23:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 518662015 | ^ | MEBN | Mar 28 2025 20:34:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518659515 | + | EDI: Q3GTBI | Mar 29 2025 00:23:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2757 |
| 518659516 | | Email/Text: edbknotices@ecmc.org | Mar 28 2025 20:48:00 | US Department of Education, 61 Forsyth St SW Ste 19T40, Atlanta, GA 30303-8919 |
| 518757623 | + | EDI: AIS.COM | Mar 29 2025 00:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518659517 | | EDI: VERIZONCOMB.COM | Mar 29 2025 00:23:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518659518 | | EDI: BLUESTEM | Mar 29 2025 00:23:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518659519 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 44 |

|  |  | Mar 28 2025 20:57:13 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
|---|---|---|---|
| 518767176 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 28 2025 20:57:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518697094 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com lori@redbanklaw.com |
| Moshe Rothenberg | on behalf of Debtor Barbara A Weems moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7